# Exhibit 6

**Exhibit 6**
**United States Patent No. 8,219,927**
**Claim Chart for Infringement of U.S. Patent No. 8,219,927**

As demonstrated in the chart below, DISH infringes at least claim 16 of U.S. Patent No. 8,219,927 (the "'927 Patent"). For example, DISH infringes by presenting a scrollable non-uniform grid of content in the form of a media programming guide on a touch-sensitive display device and updating content of a cell of the non-uniform grid during scrolling of the grid according to the method of claim 16, for example, for its Sling TV service.

No part of this exemplary chart construes, or is intended to construe, the specification, file history, or claims of the '927 Patent. Moreover, this exemplary chart does not limit, and is not intended to limit, Adeia's infringement positions or contentions.

Adeia contends each of the following limitations is met literally, and, to the extent a limitation is not met literally, it is met under the doctrine of equivalents.[1]

---

[1] This claim chart is based on the information currently available to Adeia and is intended to be exemplary in nature. Adeia reserves all rights to update and elaborate its infringement positions, including as Adeia obtains additional information during discovery.

**Exhibit 6**
**United States Patent No. 8,219,927**
**Claim Chart for Infringement of U.S. Patent No. 8,219,927**

| U.S. PATENT NO. 8,219,927 | INFRINGEMENT BY SLING TV |
|---|---|
| 16[p] A method of presenting a scrollable non-uniform grid of content in the form of a media programming guide on a touch-sensitive display device and updating content of a cell of the non-uniform grid during scrolling of the grid, the method comprising: | DISH, through its Sling TV service, performs a method of presenting a scrollable non-uniform grid of content in the form of a media programming guide on a touch-sensitive display device and updating content of a cell of the non-uniform grid during scrolling of the grid.<br><br>For example, the Sling TV app, running on a touch-sensitive display device, presents a scrollable non-uniform grid of content in the form of a media programming guide (the "Guide"), as shown below.<br><br><br><br>Source: Screenshots of the Sling TV app running on a mobile device. |

2

**Exhibit 6**
**United States Patent No. 8,219,927**
**Claim Chart for Infringement of U.S. Patent No. 8,219,927**

| U.S. PATENT NO. 8,219,927 | INFRINGEMENT BY SLING TV |
|---|---|
| [16.a] displaying on the touch-sensitive display device the cell of the non-uniform grid at a first, smaller size; | DISH, through its Sling TV service, performs a method of presenting a scrollable non-uniform grid of content in the form of a media programming guide on a touch-sensitive display device and updating content of a cell of the non-uniform grid during scrolling of the grid, the method comprising displaying on the touch-sensitive display device the cell of the non-uniform grid at a first, smaller size.<br><br>For example, as shown below, the Sling TV app Guide, running on a touch-sensitive display device, displays a cell at a first, smaller size (e.g., compared to the "second, larger size" in [16.e]). The cell is a cell of the non-uniform grid (e.g., having cells of different sizes).<br><br>As an example, a cell at a first size is shown by the red box.<br><br><br><br>Source: Screenshots of the Sling TV app running on a mobile device. |

**Exhibit 6**
**United States Patent No. 8,219,927**
**Claim Chart for Infringement of U.S. Patent No. 8,219,927**

| U.S. PATENT NO. 8,219,927 | INFRINGEMENT BY SLING TV |
|---|---|
| [16.b] displaying in the cell a content item that is truncated based upon the first, smaller size of the cell; | DISH, through its Sling TV service, performs a method of presenting a scrollable non-uniform grid of content in the form of a media programming guide on a touch-sensitive display device and updating content of a cell of the non-uniform grid during scrolling of the grid, the method comprising displaying in the cell a content item that is truncated based upon the first, smaller size of the cell.<br><br>For example, as shown below, the Sling TV app displays in the cell a content item that is truncated based upon the first, smaller size of the cell. An example is the displayed portion of the program title (i.e., a content item that is truncated) in the smaller cell, shown by the red box below.<br><br><br><br>Source: Screenshots of the Sling TV app running on a mobile device. |

4

**Exhibit 6**
**United States Patent No. 8,219,927**
<u>**Claim Chart for Infringement of U.S. Patent No. 8,219,927**</u>

| U.S. PATENT NO. 8,219,927 | INFRINGEMENT BY SLING TV |
|---|---|
| [16.c] receiving a request to scroll the non-uniform grid via a user's finger interacting with the touch-sensitive display device; | DISH, through its Sling TV service, performs a method of presenting a scrollable non-uniform grid of content in the form of a media programming guide on a touch-sensitive display device and updating content of a cell of the non-uniform grid during scrolling of the grid, the method comprising receiving a request to scroll the non-uniform grid via a user's finger interacting with the touch-sensitive display device.<br><br>For example, the Sling TV app receives a request to scroll the non-uniform grid via a user swiping their finger on the touch-sensitive display device. The screenshot of the Sling TV app Guide below left indicates the non-uniform grid before a request to scroll has been received. The screenshot below right indicates the non-uniform grid after a request to scroll has been received.<br><br><br><br>Source: Screenshots of the Sling TV app running on a mobile device. |

**Exhibit 6**
**United States Patent No. 8,219,927**
**Claim Chart for Infringement of U.S. Patent No. 8,219,927**

| U.S. PATENT NO. 8,219,927 | INFRINGEMENT BY SLING TV |
|---|---|
| [16.d] horizontally scrolling the non-uniform grid on the touch-sensitive display device, the non-uniform grid scrolling in response to a location of the user's finger on the touch-sensitive display device; | DISH, through its Sling TV service, performs a method of presenting a scrollable non-uniform grid of content in the form of a media programming guide on a touch-sensitive display device and updating content of a cell of the non-uniform grid during scrolling of the grid, the method comprising horizontally scrolling the non-uniform grid on the touch sensitive display device, the non-uniform grid scrolling in response to a location of the user's finger on the touch-sensitive display device. <br><br> For example, the Sling TV app horizontally scrolls the non-uniform grid on the touch-sensitive display device in response to a location of the user's finger on the touch-sensitive display device. The screenshot of the Sling TV app Guide below left indicates the non-uniform grid before a request to scroll has been received. The screenshot of the Sling TV app Guide below right indicates the non-uniform grid after a request to scroll has been received and the grid has been scrolled. <br><br>  <br><br> Source: Screenshots of the Sling TV app running on a mobile device. |

6

**Exhibit 6**
**United States Patent No. 8,219,927**
**Claim Chart for Infringement of U.S. Patent No. 8,219,927**

| U.S. PATENT NO. 8,219,927 | INFRINGEMENT BY SLING TV |
|---|---|
| [16.e] during scrolling, horizontally increasing a size of the cell to a second, larger size; and | DISH, through its Sling TV service, performs a method of presenting a scrollable non-uniform grid of content in the form of a media programming guide on a touch-sensitive display device and updating content of a cell of the non-uniform grid during scrolling of the grid, the method comprising during scrolling, horizontally increasing a size of the cell to a second, larger size.<br><br>For example, the Sling TV app, during scrolling, horizontally increases a size of the cell to a second, larger size. An exemplary cell in the Sling TV app Guide screen is shown by the red box below. During scrolling, a size of the cell is horizontally increased to a second, larger size.<br><br><br><br>Source: Screenshots of the Sling TV app running on a mobile device. |

7

**Exhibit 6**
**United States Patent No. 8,219,927**
**Claim Chart for Infringement of U.S. Patent No. 8,219,927**

| U.S. PATENT NO. 8,219,927 | INFRINGEMENT BY SLING TV |
|---|---|
| [16.f] during horizontally increasing the size of the cell, animating a revealing of a truncated portion of the content item as the size of the cell increases from the first, smaller size to the second, larger size. | DISH, through its Sling TV service, performs a method of presenting a scrollable non-uniform grid of content in the form of a media programming guide on a touch-sensitive display device and updating content of a cell of the non-uniform grid during scrolling of the grid, the method comprising during horizontally increasing the size of the cell, animating a revealing of a truncated portion of the content item as the size of the cell increases from the first, smaller size to the second, larger size.<br><br>For example, the Sling TV app, during horizontally increasing the size of an example cell (shown by the red boxes below) from the first, smaller size to the second, larger size, animates the revealing of the truncated portion of the content item.<br><br><br><br>Source: Screenshots of the Sling TV app running on a mobile device. |

8