# Exhibit 7

**Exhibit 7-A**
**United States Patent No. 8,239,546**
**Claim Chart for Infringement of U.S. Patent No. 8,239,546**

As demonstrated in the chart below, DISH infringes at least claim 8 of U.S. Patent No. 8,239,546 (the "'546 Patent"). For example, DISH makes, uses, sells, offers to sell, and/or imports computer systems for controlling access to streaming media assets during streaming according to the limitations of claim 8, for example, through its DISH TV (Hopper Platform) and DISH Anywhere service.

No part of this exemplary chart construes, or is intended to construe, the specification, file history, or claims of the '546 Patent. Moreover, this exemplary chart does not limit, and is not intended to limit, Adeia's infringement positions or contentions.

Adeia contends each of the following limitations is met literally, and, to the extent a limitation is not met literally, it is met under the doctrine of equivalents.[1]

---

[1] This claim chart is based on the information currently available to Adeia and is intended to be exemplary in nature. Adeia reserves all rights to update and elaborate its infringement positions, including as Adeia obtains additional information during discovery.

**Exhibit 7-A**
**United States Patent No. 8,239,546**
**Claim Chart for Infringement of U.S. Patent No. 8,239,546**

| U.S. PATENT NO. 8,239,546 | INFRINGEMENT BY DISH TV (HOPPER PLATFORM) WITH DISH ANYWHERE |
|---|---|
| 8[p] A computer system for controlling access to streaming media assets during streaming, the computer system comprising: | The DISH TV (Hopper Platform) in conjunction with the DISH Anywhere app is a computer system for controlling access to streaming media assets during streaming.<br><br>For example, DISH Anywhere, via the DISH Hopper (i.e., a computer system), limits the amount of concurrent IP streams (i.e., controls access to media assets during streaming) for each DISH Anywhere account.<br><br>**Simultaneous Playback Limitations**<br><br>• Sling (Live Satellite or DVR) streaming limits: One stream at a time per compatible receiver<br>• IP (Live Streaming or On Demand) streaming limits: Up to 5 authorized devices streaming at a time<br><br>Another person has started streaming from your set-top box and you have lost your connection.<br><br>Number: 2027c<br><br>Receiver Model/Status: HOPPER3/online<br><br>Source: (Top) https://www.dishanywhere.com/faqs; (Bottom) Screenshot of DISH Anywhere running on a first Windows laptop. |

2

**Exhibit 7-A**
**United States Patent No. 8,239,546**
**Claim Chart for Infringement of U.S. Patent No. 8,239,546**

| U.S. PATENT NO. 8,239,546 | INFRINGEMENT BY DISH TV (HOPPER PLATFORM) WITH DISH ANYWHERE |
|---|---|
| [8.a1] a network interface;<br><br>[8.a2] a memory configured to store one or more of a plurality of media segments; and<br><br>[8.a3] a processor communicatively coupled with the memory and the network interface and configured to cause the computer system to: | The DISH TV (Hopper Platform) includes a network interface, a memory configured to store one or more of a plurality of media segments, and a processor communicatively coupled with the memory and the network interface.<br><br>As shown in the pink box, the DISH Hopper comprises an application processor (e.g., a processor) and a memory, such as a two TB hard drive for up to 500 hours of high-definition recording (e.g., a memory configured to store one or more of a plurality of media segments). The DISH Hopper set-top-box also comprises a network interface, such as an ethernet interface as shown below in the dark green box.<br><br><br><br>**Technical Specs**<br><br>Hopper 3 is powered by a Broadcom BCM7445 quad-core ARM application processor at 1.5 GHz, 21K DMIPS. It contains a two TB hard drive for up to 500 hours of high-definition recording, or 2,000 hours of standard definition recording. For 4K viewing, the Hopper 3 can decode and output 60 FPS and 10-bit color. It supports H.264 and H.265 and is compatible with HDMI 2.0 and HDCP 2.2. It is the first DVR to support USB 3.0. Hopper 3 is compatible with HDR10/BDA 2.0 encoded streams.<br><br>C Connect the Ethernet cable to the "Ethernet" port on your replacement receiver.<br><br>Source: (Top) https://www.dish.com/dish-newsroom/posts/pressreleases/dish-releases-hopper-3-to-customers-nationwid; (Bottom) https://my.dish.com/cms files/support/products/hopper/hopper3/setupguide.pdf. |

3

**Exhibit 7-A**
**United States Patent No. 8,239,546**
**Claim Chart for Infringement of U.S. Patent No. 8,239,546**

| U.S. PATENT NO. 8,239,546 | INFRINGEMENT BY DISH TV (HOPPER PLATFORM) WITH DISH ANYWHERE |
|---|---|
| | As shown in the light green box, the application processor of the DISH Hopper is configured to deliver four transcoded HD video streams over IP for content on any screen in the home (i.e., the processor is communicatively coupled with the memory and the network interface) to provide multiscreen connected-home entertainment.<br><br>Broadcom's BCM7445 UltraHD TV Home Gateway chip is designed for the home and multiscreen connected-home entertainment.<br><br>The BCM7445UltraHD TV Home Gateway Chip provides UltraHD (4Kx2K resolution) TV into the home for improved picture quality. UltraHD TV screens display four times the resolution of 1080p60 displays. The chip delivers four transcoded HD video streams over IP for content on any screen in the home. The CPU processing performance and home networking throughput supports a range of applications such as video-on-demand (VoD), gaming, social media and Web store applications.<br><br>Source: https://www.broadcom.com/products/Cable/Cable-Set-Top-Box-Solutions/BCM7445.<br><br>For example, as shown in the yellow box, a DISH Anywhere user account is linked to the "Living Room 1" receiver (e.g., a DISH Hopper 3).<br><br>Source: https://www.dishanywhere.com/preferences/account_and_devices. |

4

**Exhibit 7-A**
**United States Patent No. 8,239,546**
**Claim Chart for Infringement of U.S. Patent No. 8,239,546**

| U.S. PATENT NO. 8,239,546 | INFRINGEMENT BY DISH TV (HOPPER PLATFORM) WITH DISH ANYWHERE |
|---|---|
| [8.b] cause transmission of a media asset to a first user device to commence, wherein the first user device is linked with a user account, and transmission of the media asset comprises sequential transmission of the plurality of media segments; | The DISH TV (Hopper Platform) includes a processor communicatively coupled with the memory and the network interface and configured to cause the computer system to cause transmission of a media asset to a first user device to commence, wherein the first user device is linked with a user account, and transmission of the media asset comprises sequential transmission of the plurality of media segments.<br><br>For example, as shown in the green box, the DISH Hopper causes the transmission of "The Kelly Clarkson Show" (i.e., a media asset) to, for example, a laptop (e.g., a first user device). As indicated below by the pink box, DISH Anywhere running on the Windows laptop (e.g., the first user device) is connected to the Living Room 1 receiver (e.g., the DISH Hopper).<br><br><br><br>Source: Screenshot of DISH Anywhere running on a first Windows laptop. |

**Exhibit 7-A**
**United States Patent No. 8,239,546**
**Claim Chart for Infringement of U.S. Patent No. 8,239,546**

| U.S. PATENT NO. 8,239,546 | INFRINGEMENT BY DISH TV (HOPPER PLATFORM) WITH DISH ANYWHERE |
|---|---|
| | As shown in the red box, the Windows laptop (i.e., the first user device) is logged in to an "Admin" profile of a DISH account (e.g., the first user device is linked with a user account).<br><br><br><br>Source: Screenshot of DISH Anywhere running on a first Windows laptop. |

6

**Exhibit 7-A**
**United States Patent No. 8,239,546**
**Claim Chart for Infringement of U.S. Patent No. 8,239,546**

| U.S. Patent No. 8,239,546 | Infringement by DISH TV (Hopper Platform) with DISH Anywhere |
|---|---|
| | When DISH Anywhere receives a request to view a media asset (e.g., "The Kelly Clarkson Show" as shown in the green box), the DISH Hopper transmits a plurality of media segments of the requested media asset from the DISH Hopper to the Windows laptop (as shown in the orange boxes).<br><br><br><br>Source: Screenshots of DISH Anywhere running on a first Windows laptop. |

7

**Exhibit 7-A**
**United States Patent No. 8,239,546**
**Claim Chart for Infringement of U.S. Patent No. 8,239,546**

| U.S. PATENT NO. 8,239,546 | INFRINGEMENT BY DISH TV (HOPPER PLATFORM) WITH DISH ANYWHERE |
|---|---|
| [8.c] receive during transmission of the media asset to the first user device, beaconing data from the first user device; | The DISH TV (Hopper Platform) includes a processor communicatively coupled with the memory and the network interface and configured to cause the computer system to receive during transmission of the media asset to the first user device, beaconing data from the first user device.<br><br>As shown in the purple box, the DISH Hopper receives, during the transmission of the media asset (e.g., "The Kelly Clarkson Show") to the first user device (e.g., a first Windows laptop), beaconing data from the first user device (e.g., the Windows laptop) as shown in the gold boxes.<br><br> |

8

**Exhibit 7-A**
**United States Patent No. 8,239,546**
**Claim Chart for Infringement of U.S. Patent No. 8,239,546**

| U.S. PATENT NO. 8,239,546 | INFRINGEMENT BY DISH TV (HOPPER PLATFORM) WITH DISH ANYWHERE |
|---|---|
| | Source: Screenshot of DISH Anywhere corresponding network traffic running on a first Windows laptop. |

9

**Exhibit 7-A**
**United States Patent No. 8,239,546**
**Claim Chart for Infringement of U.S. Patent No. 8,239,546**

| U.S. PATENT NO. 8,239,546 | INFRINGEMENT BY DISH TV (HOPPER PLATFORM) WITH DISH ANYWHERE |
|---|---|
| [8.d] store session information linked with the first user device and the user account, wherein: the session information is at least partially based on the beaconing data received from the first user device, and the session information indicates the first user device and the user account have an active session with the computer system; and | The DISH TV (Hopper Platform) includes a processor communicatively coupled with the memory and the network interface and configured to cause the computer system to store session information linked with the first user device and the user account, wherein the session information is at least partially based on the beaconing data received from the first user device, and the session information indicates the first user device and the user account have an active session with the computer system.<br><br>As shown in the gold box, the beaconing data is a POST request, e.g., a request to update session information stored by the DISH Hopper (e.g., the computer system). As shown in the blue box, the session information indicates a "keep-alive" connection, indicating that the Windows laptop logged into and running DISH Anywhere (i.e., the first user device and the user account, shown in the red box) has an active session with the DISH Hopper (e.g., indicated by the host information in the light blue box).<br><br> |

10

**Exhibit 7-A**
**United States Patent No. 8,239,546**
**Claim Chart for Infringement of U.S. Patent No. 8,239,546**

| U.S. Patent No. 8,239,546 | Infringement by DISH TV (Hopper Platform) with DISH Anywhere |
|---|---|
| | Source: Screenshot of DISH Anywhere corresponding network traffic running on a first Windows laptop.<br><br>The DISH Hopper stores session information that indicates the first user device and the user account (e.g., the Windows laptop logged into the DISH account) have an active session with the computer system (e.g., the DISH Hopper). For example, as shown below in the purple box, when another user logged into the DISH account from a second device tries to stream from the DISH Hopper, DISH Anywhere displays a message indicating that "Another user is viewing video from this receiver." (e.g., the DISH Hopper receiver). This demonstrates that the DISH Hopper stores session information linked with the first user device and the user account, at least partially based on the beaconing data shown above. This also demonstrates that the first user device and the user account had an active session of receiving the media asset (e.g., "The Kelly Clarkson Show").<br><br><br><br>Source: Screenshots of DISH Anywhere on a second Windows laptop. |

11

**Exhibit 7-A**
**United States Patent No. 8,239,546**
**Claim Chart for Infringement of U.S. Patent No. 8,239,546**

| U.S. PATENT NO. 8,239,546 | INFRINGEMENT BY DISH TV (HOPPER PLATFORM) WITH DISH ANYWHERE |
|---|---|
| [8.e] control access by any additional user devices linked with the user account to one or more streaming media assets at least while the session information, at least partially based on at least the session information, indicates the user account has the active session with the computer system, wherein the one or more streaming media assets comprise the media asset. | The DISH TV (Hopper Platform) includes a processor communicatively coupled with the memory and the network interface and configured to cause the computer system to control access by any additional user devices linked with the user account to one or more streaming media assets at least while the session information, at least partially based on at least the session information, indicates the user account has the active session with the computer system, wherein the one or more streaming media assets comprise the media asset.<br><br>A user can log in to the DISH account on a second Windows laptop (i.e., any additional user devices linked with the user account). As shown below in the purple box, when the user attempts to stream from the DISH Hopper via the second Windows laptop (i.e., the additional user device), DISH Anywhere enables the second Windows laptop to control access to the stream of "The Kelly Clarkson Show" (i.e., the media asset) on the first Windows laptop (i.e., at least partially based on at least the session information). As shown below, the message indicates the user account has an active session with the DISH Hopper (i.e., computer system). As shown in the red pointer and boxes, in response to the user selecting the "Yes" button on the second Windows laptop, the DISH Hopper ceases transmission of "The Kelly Clarkson Show" to the first Windows laptop (i.e., controls access . . . to one or more streaming media assets).<br><br> |

12

**Exhibit 7-A**
**United States Patent No. 8,239,546**
**Claim Chart for Infringement of U.S. Patent No. 8,239,546**

| U.S. PATENT NO. 8,239,546 | INFRINGEMENT BY DISH TV (HOPPER PLATFORM) WITH DISH ANYWHERE |
|---|---|
| |  |
| | Source: (Top) Screenshots of DISH Anywhere on a second Windows laptop; (Bottom) Screenshots of DISH Anywhere corresponding network traffic running on a first Windows laptop. |

13

**Exhibit 7-B**
**United States Patent No. 8,239,546**
**Claim Chart for Infringement of U.S. Patent No. 8,239,546**

As demonstrated in the chart below, DISH infringes at least claim 8 of U.S. Patent No. 8,239,546 (the "'546 Patent"). For example, DISH makes, uses, sells, offers to sell, and/or imports computer systems for controlling access to streaming media assets during streaming according to the limitations of claim 8, for example, through its Sling TV service.

No part of this exemplary chart construes, or is intended to construe, the specification, file history, or claims of the '546 Patent. Moreover, this exemplary chart does not limit, and is not intended to limit, Adeia's infringement positions or contentions.

Adeia contends each of the following limitations is met literally, and, to the extent a limitation is not met literally, it is met under the doctrine of equivalents.[1]

---

[1] This claim chart is based on the information currently available to Adeia and is intended to be exemplary in nature. Adeia reserves all rights to update and elaborate its infringement positions, including as Adeia obtains additional information during discovery.

**Exhibit 7-B**
**United States Patent No. 8,239,546**
**Claim Chart for Infringement of U.S. Patent No. 8,239,546**

| CLAIM 8 U.S. PATENT NO. 8,239,546 | INFRINGEMENT BY SLING TV |
|---|---|
| 8[p] A computer system for controlling access to streaming media assets during streaming, the computer system comprising: | The Sling TV service is a computer system for controlling access to streaming media assets during streaming.<br><br>For example, the Sling TV service, which includes a network of Sling TV servers and devices running Sling TV accounts (i.e., a computer system), limits the amount of concurrent IP streams (i.e., controls access to media assets during streaming) for each Sling TV account based on the subscription associated with the respective account.<br><br><br><br>Source: https://www.sling.com/help/en/troubleshooting/device-questions/multiple-screens. |

2

**Exhibit 7-B**
**United States Patent No. 8,239,546**
**Claim Chart for Infringement of U.S. Patent No. 8,239,546**

| CLAIM 8 U.S. PATENT NO. 8,239,546 | INFRINGEMENT BY SLING TV |
|---|---|
| [8.a1] a network interface;<br><br>[8.a2] a memory configured to store one or more of a plurality of media segments; and<br><br>[8.a3] a processor communicatively coupled with the memory and the network interface and configured to cause the computer system to: | The Sling TV service includes a network interface, a memory configured to store one or more of a plurality of media segments, and a processor communicatively coupled with the memory and the network interface.<br><br>As shown in the pink box, a device running Sling TV requests and receives a manifest file from a Sling TV server (e.g., at dishtech.org). The manifest file directs the device to a Sling TV server (e.g., a network interface) from which the device will request media segments (e.g., via the request in the blue box) of a requested media asset. The Sling TV server transmitting media segments to a device running Sling TV demonstrates that the Sling TV service includes a network interface (e.g., a network interface of the Sling TV server), a memory configured to store media segments of media assets (e.g., server-side storage associated with the Sling TV service), and a processor (e.g., a processor of the Sling TV server) communicatively coupled with the memory and configured to perform the functions demonstrated below.<br><br>Request URL: https://dynaman-or-4.slg.dishtech.org/manifest/1276/widevine/video/xBeviWbnSKCegaNFSspE_A/1774673703/43/p-cdn1-806-cg14-linear-cbd46b77.movetv.com/vid06.m3u8?plan_type=monthly&ad_tracking_allowed=true&support_mode=false&device_model=Chrome&brand=sling&billing_zip=10004&account_status=active&device_name=browser&os_name=Windows&qvt=https%3A//cbd46b77.cdn.cms.movetv.com/playermetadata/sling/v1/api/channels/0e183596617d4425b9026cbf9603984b/schedule/now/playback_info.qvt&client_session_id=5418fe21-30b0-433f-95f8-8c70b4bdf867&playback_delay=43&profile_type=admin&location_zip=89012&subscriber_id=15f990d6-3fda-11f0-94e3-0e757bed65cb&os_version=10&dma=839<br><br>Request URL: https://p-cdn1-806-cg14-linear-cbd46b77.movetv.com/15806/live/DISE/7f4b9ae429c111f1beb9d9c382bf26ba/video/vid06/000083A7.m4s<br><br>Source: Screenshots of Network Traffic for Sling TV running on a Windows computer. |

3

**Exhibit 7-B**
**United States Patent No. 8,239,546**
**Claim Chart for Infringement of U.S. Patent No. 8,239,546**

| CLAIM 8 U.S. PATENT NO. 8,239,546 | INFRINGEMENT BY SLING TV |
|---|---|
| [8.b] cause transmission of a media asset to a first user device to commence, wherein the first user device is linked with a user account, and transmission of the media asset comprises sequential transmission of the plurality of media segments; | The Sling TV service includes a processor communicatively coupled with the memory and the network interface that is configured to cause the computer system to cause transmission of a media asset to a first user device to commence, wherein the first user device is linked with a user account, and transmission of the media asset comprises sequential transmission of the plurality of media segments.<br><br>As shown in the red box, a Sling TV server causes transmission of a media asset by providing a manifest file to a first user device (e.g., a Windows Computer) running Sling TV.<br><br><br><br>Source: Screenshot of Network Traffic for Sling TV running on a Windows computer.<br><br>As shown by the green box, transmission of the media asset includes transmitting a plurality of media segments of the requested media asset to the first user device running Sling TV.<br><br>Source: Screenshot of Network Traffic for Sling TV running on a Windows computer. |

**Exhibit 7-B**
**United States Patent No. 8,239,546**
**Claim Chart for Infringement of U.S. Patent No. 8,239,546**

| CLAIM 8 U.S. PATENT NO. 8,239,546 | INFRINGEMENT BY SLING TV |
|---|---|
| | As shown by the blue box, the first user device receiving the transmission of the media asset is linked to a Sling account with a Sling Orange subscription.<br><br><br><br>Source: Screenshot of Sling TV running on a Windows computer. |

5

**Exhibit 7-B**
**United States Patent No. 8,239,546**
**Claim Chart for Infringement of U.S. Patent No. 8,239,546**

| CLAIM 8 U.S. PATENT NO. 8,239,546 | INFRINGEMENT BY SLING TV |
|---|---|
| [8.c] receive during transmission of the media asset to the first user device, beaconing data from the first user device; | The Sling TV service includes a processor communicatively coupled with the memory and the network interface that is configured to cause the computer system to receive during transmission of the media asset to the first user device, beaconing data from the first user device.<br><br>As shown by the orange boxes and arrows, the first user device running Sling TV sends beaconing data to a Sling TV server (e.g., hosted at streams.adobeprimetime.com) during transmission of the media asset.<br><br><br><br>Source: Screenshots of Network Traffic for Sling TV running on a Windows computer. |

6

**Exhibit 7-B**
**United States Patent No. 8,239,546**
**Claim Chart for Infringement of U.S. Patent No. 8,239,546**

| CLAIM 8 U.S. PATENT No. 8,239,546 | INFRINGEMENT BY SLING TV |
|---|---|
| [8.d] store session information linked with the first user device and the user account, wherein: the session information is at least partially based on the beaconing data received from the first user device, and the session information indicates the first user device and the user account have an active session with the computer system; and | The Sling TV service includes a processor communicatively coupled with the memory and the network interface that is configured to cause the computer system to store session information linked with the first user device and the user account, wherein the session information is at least partially based on the beaconing data received from the first user device, and the session information indicates the first user device and the user account have an active session with the computer system.<br><br>As shown by the purple box, the beaconing data from the first user device includes a subscriber ID (e.g., 15f990d6-3fda-11f0-94e3-0e757bed65cb) and a session ID (e.g., 0000019d-325f-0707-3ca3-3393e98d6b1f). As indicated by the use of a POST request for the beaconing data, and as further explained in the analysis of the next claim element, a Sling TV server stores metadata, including the subscriber ID and session ID, to indicate that the first user device has an active session.<br><br>Request URL: https://streams.adobeprimetime.com/v2/sessions/slingtv/15f990d6-3fda-11f0-94e3-0e757bed65cb/0000019d-325f-0707-3ca3-3393e98d6b1f<br>Request Method: POST<br>Status Code: ● 202 Accepted<br>Remote Address: 52.40.113.242:443<br><br>Source: Screenshot of Network Traffic for Sling TV running on a Windows computer.<br><br>The 15f990d6-3fda-11f0-94e3-0e757bed65cb value is a subscriber ID as shown by it being defined as a "subscriber_id" (shown by the pink box) within manifest request URLs for the media asset.<br><br>Request URL: https://dynaman-or-4.slg.dishtech.org/manifest/1276/widevine/video/p_tlqXL0RaSLRK966Q7hpw/1774666637/63/p-cdn4-806-cg14-linear-cbd46b77.movetv.com/vid06.m3u8?client_session_id=5418fe21-30b0-433f-95f8-8c70b4bdf867&dma=839&ad_tracking_allowed=true&support_mode=false&brand=sling&start_time=2026-03-28T02:56:13.772Z&billing_zip=10004&location_zip=8901_&subscriber_id=15f990d6-3fda-11f0-94e3-0e757bed65cb&account_status=active&os_version=10&profile_type=admin&playback_delay=43&os_name=Windows&device_model=Chrome&device_name=browser&plan_type=monthly&qvt=https://cbd46b77.cdn.cms.movetv.com/playermetadata/sling/v1/api/channels/0e183596617d4425b9026cbf9603984b/202603280 23500/schedule.qvt<br><br>Source: Screenshot of Network Traffic for Sling TV running on a Windows computer. |

7

**Exhibit 7-B**
**United States Patent No. 8,239,546**
**Claim Chart for Infringement of U.S. Patent No. 8,239,546**

| CLAIM 8 U.S. PATENT NO. 8,239,546 | INFRINGEMENT BY SLING TV |
|---|---|
| [8.e] control access by any additional user devices linked with the user account to one or more streaming media assets at least while the session information, at least partially based on at least the session information, indicates the user account has the active session with the computer system, wherein the one or more streaming media assets comprise the media asset. | The Sling TV service includes a processor communicatively coupled with the memory and the network interface that is configured to cause the computer system to control access by any additional user devices linked with the user account to one or more streaming media assets at least while the session information, at least partially based on at least the session information, indicates the user account has the active session with the computer system, wherein the one or more streaming media assets comprise the media asset.<br><br>When the Sling TV server begins transmitting media segments to a device, the Sling TV server restricts access on other devices already receiving media segment transmissions under the same account. Specifically, the green boxes and arrows show that, in response to receiving beaconing data from a second user device (e.g., a MacBook), the Sling TV server uses the stored session information from the first user device (e.g., the session ID as shown in the blue box and the subscriber ID as shown in the pink box) to determine that the Sling TV account began an active transmission session at the first user device, thereby causing there to be too many concurrent streams corresponding to the same user account.<br><br><br><br>Source: Screenshots of Network Traffic for Sling TV running on a Mac computer. |

**Exhibit 7-B**
**United States Patent No. 8,239,546**
**Claim Chart for Infringement of U.S. Patent No. 8,239,546**

| CLAIM 8 U.S. PATENT NO. 8,239,546 | INFRINGEMENT BY SLING TV |
|---|---|
| | Based on determining, via the session information, that there are too many concurrent streams corresponding to the same user account, the Sling TV server stops transmitting media segments to the second user device (e.g., controls the second user device's access to a media asset) and causes the second user device to display the message in the orange box. <br><br> Too many people are streaming on this account. [13-1] <br> Visit sling.com/multiplestreams for more information. <br><br> Source: Screenshot of Sling TV running on a Mac computer. |

9

**Exhibit 7-C**
**United States Patent No. 8,239,546**
**Claim Chart for Infringement of U.S. Patent No. 8,239,546**

As demonstrated in the chart below, DISH infringes at least claim 8 of U.S. Patent No. 8,239,546 (the "'546 Patent"). For example, DISH makes, uses, sells, offers to sell, and/or imports computer systems for controlling access to streaming media assets during streaming according to the limitations of claim 8, for example, through its DISH Anywhere service.

No part of this exemplary chart construes, or is intended to construe, the specification, file history, or claims of the '546 Patent. Moreover, this exemplary chart does not limit, and is not intended to limit, Adeia's infringement positions or contentions.

Adeia contends each of the following limitations is met literally, and, to the extent a limitation is not met literally, it is met under the doctrine of equivalents.[1]

---

[1] This claim chart is based on the information currently available to Adeia and is intended to be exemplary in nature. Adeia reserves all rights to update and elaborate its infringement positions, including as Adeia obtains additional information during discovery.

1

**Exhibit 7-C**
**United States Patent No. 8,239,546**
**Claim Chart for Infringement of U.S. Patent No. 8,239,546**

| CLAIM 8 U.S. PATENT NO. 8,239,546 | INFRINGEMENT BY DISH ANYWHERE |
|---|---|
| 8[p] A computer system for controlling access to streaming media assets during streaming, the computer system comprising: | DISH Anywhere includes a computer system for controlling access to streaming media assets during streaming.<br><br>For example, the network of DISH Anywhere servers and devices running DISH Anywhere accounts (i.e., a computer system) limits the amount of concurrent IP streams (i.e., controls access to media assets during streaming) for each DISH Anywhere account.<br><br>**Simultaneous Playback Limitations**<br><br>• Sling (Live Satellite or DVR) streaming limits: One stream at a time per compatible receiver<br>• IP (Live Streaming or On Demand) streaming limits: Up to 5 authorized devices streaming at a time<br><br>Another person has started streaming from your set-top box and you have lost your connection.<br><br>Number: 2027c<br><br>Receiver Model/Status: HOPPER3/online<br><br>Source: (Top) https://www.dishanywhere.com/faqs; (Bottom) Screenshot of DISH Anywhere running on a first Windows laptop. |

2

**Exhibit 7-C**
**United States Patent No. 8,239,546**
**Claim Chart for Infringement of U.S. Patent No. 8,239,546**

| CLAIM 8 U.S. PATENT NO. 8,239,546 | INFRINGEMENT BY DISH ANYWHERE |
|---|---|
| [8.a1] a network interface;<br><br>[8.a2] a memory configured to store one or more of a plurality of media segments; and<br><br>[8.a3] a processor communicatively coupled with the memory and the network interface and configured to cause the computer system to: | DISH Anywhere includes a network interface, a memory configured to store one or more of a plurality of media segments, and a processor communicatively coupled with the memory and the network interface.<br><br>As shown in the pink box, a device running DISH Anywhere receives media segments for the content item from a DISH Anywhere server. The DISH Anywhere server transmitting media segments to a device running DISH Anywhere demonstrates that the DISH Anywhere service includes a network interface (e.g., a network interface of the DISH Anywhere server), a memory configured to store media segments of media assets (e.g., server-side storage associated with the DISH Anywhere service), and a processor (e.g., a processor of the DISH Anywhere server) communicatively coupled with the memory and configured to perform the functions demonstrated below.<br><br>▼ General<br><br>Request URL   https://p-cdn4-802-cg14-linear-cbd46b77.movetv.com/15802/live/COOKHD/4c899b8829b711f1be8fcfc5da54d725/video/vid05/0000547b.m4s<br>Request Method   GET<br>Status Code   ● 200 OK<br>Remote Address   151.101.202.68:443<br>Referrer Policy   strict-origin-when-cross-origin<br><br>Source: Screenshot of Network Traffic for DISH Anywhere running on a Mac computer. |

3

**Exhibit 7-C**
**United States Patent No. 8,239,546**
**Claim Chart for Infringement of U.S. Patent No. 8,239,546**

| CLAIM 8 U.S. PATENT No. 8,239,546 | INFRINGEMENT BY DISH ANYWHERE |
|---|---|
| [8.b] cause transmission of a media asset to a first user device to commence, wherein the first user device is linked with a user account, and transmission of the media asset comprises sequential transmission of the plurality of media segments; | DISH Anywhere includes a processor communicatively coupled with the memory and the network interface that is configured to cause the computer system to cause transmission of a media asset to a first user device to commence, wherein the first user device is linked with a user account, and transmission of the media asset comprises sequential transmission of the plurality of media segments.<br><br>When a DISH Anywhere server receives a request to view a media asset (e.g., "House Hunters," as shown in the green box) from a first user device (e.g., a Mac computer), the DISH Anywhere server transmits a plurality of media segments of the requested media assets (as shown in the blue box).<br><br><br><br>Source: Screenshot of DISH Anywhere and corresponding network traffic running on a Mac computer. |

4

**Exhibit 7-C**
**United States Patent No. 8,239,546**
**Claim Chart for Infringement of U.S. Patent No. 8,239,546**

| CLAIM 8 U.S. PATENT NO. 8,239,546 | INFRINGEMENT BY DISH ANYWHERE |
|---|---|
| | As shown in the red box, the Mac computer (i.e., the first user device) is logged in to an "Admin" profile of a DISH Anywhere account (i.e., the first user device is linked with a user account).<br><br><br><br>Source: Screenshot of DISH Anywhere running on a Mac computer. |

**Exhibit 7-C**
**United States Patent No. 8,239,546**
**Claim Chart for Infringement of U.S. Patent No. 8,239,546**

| CLAIM 8 U.S. PATENT NO. 8,239,546 | INFRINGEMENT BY DISH ANYWHERE |
|---|---|
| [8.c] receive during transmission of the media asset to the first user device, beaconing data from the first user device; | DISH Anywhere includes a processor communicatively coupled with the memory and the network interface that is configured to cause the computer system to receive during transmission of the media asset to the first user device, beaconing data from the first user device.<br><br>As shown in the purple boxes, the DISH Anywhere server receives, during the transmission of the media asset (e.g., "House Hunters," as indicated in the blue box) to the first user device (e.g., a Mac computer), beaconing data from the first user device (e.g., the Mac computer).<br><br><br>Source: Screenshot of Network Traffic for DISH Anywhere running on a Mac computer. |

6

**Exhibit 7-C**
**United States Patent No. 8,239,546**
**Claim Chart for Infringement of U.S. Patent No. 8,239,546**

| CLAIM 8 U.S. PATENT NO. 8,239,546 | INFRINGEMENT BY DISH ANYWHERE |
|---|---|
| [8.d] store session information linked with the first user device and the user account, wherein: the session information is at least partially based on the beaconing data received from the first user device, and the session information indicates the first user device and the user account have an active session with the computer system; and | DISH Anywhere includes a processor communicatively coupled with the memory and the network interface that is configured to cause the computer system to store session information linked with the first user device and the user account, wherein the session information is at least partially based on the beaconing data received from the first user device, and the session information indicates the first user device and the user account have an active session with the computer system.<br><br>As shown in the pink box, the beaconing data is a PUT request, e.g., a request to update session information stored at a DISH Anywhere server. For example, a DISH Anywhere server stores the session information based on the "hi" query string parameter (shown in the orange box) provided in the payload of the beaconing data.<br><br><br><br>Source: Screenshots of Network Traffic for Dish Anywhere running on a Mac computer.<br><br>When a second user device (e.g., a Windows computer) requests content, a DISH Anywhere server transmits a request (shown in the red box) including a unique "hi" query string parameter. The response from a DISH Anywhere server includes a list of devices with currently active sessions (as shown in the green box), including the first user device (e.g., a Mac computer). This demonstrates that a DISH Anywhere server stores session information for each device based, at least partially, on the beaconing data shown above. |

7

**Exhibit 7-C**
**United States Patent No. 8,239,546**
**Claim Chart for Infringement of U.S. Patent No. 8,239,546**

| CLAIM 8 U.S. PATENT NO. 8,239,546 | INFRINGEMENT BY DISH ANYWHERE |
|---|---|
|  | Request URL   https://radish.dishanywhere.com/dyna_device?hi=dd60b86b-8d59-4576-b788-64caeffba3ac <br> Request Method   GET <br> Status Code   ● 200 OK <br> Remote Address   3.227.173.156:443 <br> Referrer Policy   strict-origin-when-cross-origin <br><br> ✕   Headers   Payload   **Preview**   Response   Initiator   Timing   Cookies <br><br> ▼ [{device_id: "01fcdc44da8ec3c36ee950ffa4fe8692", machine_os: "MacOS", nickname: "MacOS-Browser",…},…] <br> ▸ 0: {device_id: "01fcdc44da8ec3c36ee950ffa4fe8692", machine_os: "MacOS", nickname: "MacOS-Browser",…} <br> ▸ 1: {device_id: "39b8598627f721db22e8253ceb26b523", machine_os: "Windows", nickname: "Windows-Browser",…} <br> ▸ 2: {device_id: "48423C89-4577-4913-838E-C46C4C5E8C22", machine_os: "ios", nickname: "iPhone",…} <br> ▸ 3: {device_id: "f5897f35f573b3db1f8a786c90f96677", machine_os: "MacOS", nickname: "MacOS-Browser",…} <br> ▸ 4: {device_id: "9AAFEA8C-0422-44B8-993D-19E837CB9AB2", machine_os: "ios", nickname: "iPhone",…} <br><br> Source: Screenshots of Network Traffic for DISH Anywhere running on a Mac computer. |

8

**Exhibit 7-C**
**United States Patent No. 8,239,546**
**Claim Chart for Infringement of U.S. Patent No. 8,239,546**

| CLAIM 8 U.S. PATENT NO. 8,239,546 | INFRINGEMENT BY DISH ANYWHERE |
|---|---|
| [8.e] control access by any additional user devices linked with the user account to one or more streaming media assets at least while the session information, at least partially based on at least the session information, indicates the user account has the active session with the computer system, wherein the one or more streaming media assets comprise the media asset. | DISH Anywhere includes a processor communicatively coupled with the memory and the network interface that is configured to cause the computer system to control access by any additional user devices linked with the user account to one or more streaming media assets at least while the session information, at least partially based on at least the session information, indicates the user account has the active session with the computer system, wherein the one or more streaming media assets comprise the media asset.<br><br>As shown below, while streaming the plurality of segments to the Mac computer (i.e., the first user device), a DISH Anywhere server can concurrently receive authentication information at a second user device, e.g., a Windows Computer (i.e., any additional user devices linked with the user account).<br><br><br><br>Source: Screenshot of DISH Anywhere running on a Windows computer. |

**Exhibit 7-C**
**United States Patent No. 8,239,546**
**Claim Chart for Infringement of U.S. Patent No. 8,239,546**

| CLAIM 8 U.S. PATENT NO. 8,239,546 | INFRINGEMENT BY DISH ANYWHERE |
|---|---|
| | As shown below, based on receiving a user request to begin a streaming session of a media asset, a second user device (e.g., a Windows computer) sends the PUT request below to update a DISH Anywhere server with session information of the requested streaming session. As shown by the "403 Forbidden" status code in the purple box, a DISH Anywhere server denied the request, thereby preventing the second user device from receiving the media asset.<br><br>Request URL    https://radish.dishanywhere.com/dyna_device?nickname=Windows-Browser&device_id=d6d36bb88d229f28130a9b0fa4fd659b&machine_os=Windows&hi=dd60b86b-8d59-4576-b788-64caeffba3ac<br>Request Method    PUT<br>Status Code    ● 403 Forbidden<br>Remote Address    3.227.173.156:443<br>Referrer Policy    strict-origin-when-cross-origin<br><br>Source: Screenshot of Network Traffic for DISH Anywhere running on a Windows computer.<br><br>A DISH Anywhere server denies access to the second user device (as shown in the blue box) based on stored session information (including session information linked with the first user device), as evidenced by the request (shown in the red box) transmitted by the second user device. The response to the request (shown in the green box) includes a list of devices with currently active sessions. The list contains five devices, including the first user device (e.g., a Mac computer), representing the maximum number concurrent streaming sessions allowed by DISH Anywhere. Thus, the DISH Anywhere server references the list of concurrent streaming sessions to determine that no additional sessions can be established and accordingly determines that the second user device is not permitted to receive the media asset as a sixth streaming session.<br><br>Too many devices are currently streaming.<br><br>Please disconnect a device, and then refresh this page and try again. |

10

**Exhibit 7-C**
**United States Patent No. 8,239,546**
**Claim Chart for Infringement of U.S. Patent No. 8,239,546**

| CLAIM 8 U.S. PATENT NO. 8,239,546 | INFRINGEMENT BY DISH ANYWHERE |
|---|---|
| | Request URL — https://radish.dishanywhere.com/dyna_device?hi=dd60b86b-8d59-4576-b788-64caeffba3ac<br>Request Method — GET<br>Status Code — 200 OK<br>Remote Address — 3.227.173.156:443<br>Referrer Policy — strict-origin-when-cross-origin<br><br>Headers  Payload  **Preview**  Response  Initiator  Timing  Cookies<br><br>▼ [{device_id: "01fcdc44da8ec3c36ee950ffa4fe8692", machine_os: "MacOS", nickname: "MacOS-Browser",…},…]<br>  ▶ 0: {device_id: "01fcdc44da8ec3c36ee950ffa4fe8692", machine_os: "MacOS", nickname: "MacOS-Browser",…}<br>  ▶ 1: {device_id: "39b8598627f721db22e8253ceb26b523", machine_os: "Windows", nickname: "Windows-Browser",…}<br>  ▶ 2: {device_id: "48423C89-4577-4913-838E-C46C4C5E8C22", machine_os: "ios", nickname: "iPhone",…}<br>  ▶ 3: {device_id: "f5897f35f573b3db1f8a786c90f96677", machine_os: "MacOS", nickname: "MacOS-Browser",…}<br>  ▶ 4: {device_id: "9AAFEA8C-0422-44B8-993D-19E837CB9AB2", machine_os: "ios", nickname: "iPhone",…}<br><br>Source: (Top) Screenshot of DISH Anywhere running on a Windows computer; (Bottom) Screenshots of Network Traffic for DISH Anywhere running on a Mac computer. |

11