# Exhibit 8

**Exhibit 8**
**United States Patent No. 8,327,013**
**Claim Chart for Infringement of U.S. Patent No. 8,327,013**

As demonstrated in the chart below, DISH infringes at least claim 8 of U.S. Patent No. 8,327,013 (the "'013 Patent"). For example, DISH infringes by generating index files for streaming a media file via a network according to the method of claim 8 for its Sling TV service.

No part of this exemplary chart construes, or is intended to construe, the specification, file history, or claims of the '013 Patent. Moreover, this exemplary chart does not limit, and is not intended to limit, Adeia's infringement positions or contentions.

Adeia contends each of the following limitations is met literally, and, to the extent a limitation is not met literally, it is met under the doctrine of equivalents.[1]

---

[1] This claim chart is based on the information currently available to Adeia and is intended to be exemplary in nature. Adeia reserves all rights to update and elaborate its infringement positions, as Adeia obtains additional information during discovery.

**Exhibit 8**
**United States Patent No. 8,327,013**
**Claim Chart for Infringement of U.S. Patent No. 8,327,013**

| U.S. PATENT NO. 8,327,013 | INFRINGEMENT BY SLING TV |
|---|---|
| 8[p] A method for generating index files for streaming a media file via a network, the method comprising: | DISH, through its Sling TV service, performs a method of generating index files for streaming a media file via a network.[2]<br><br>For example, Sling TV streams a video of "S2026: ABC News Live Reports" (i.e., a media file) via the internet (i.e., a network). Sling TV generates index files (i.e., manifest files) for streaming the media file, as shown below in the pink boxes.<br><br><br><br>Source: Screenshot of Sling TV running on a Windows laptop. |

---

[2] On information and belief, the below mapping to Sling TV is exemplary of the patented functionality in the DISH TV (Hopper Platform). *See* https://dish.com/dish-newsroom/posts/pressreleases/dish-media-brings-linear-tv-to-the-digital-ad.

2

**Exhibit 8**
**United States Patent No. 8,327,013**
Claim Chart for Infringement of U.S. Patent No. 8,327,013

| U.S. PATENT NO. 8,327,013 | INFRINGEMENT BY SLING TV |
|---|---|
| [8.a] receiving, with the network, a request for a first index file; | DISH, through its Sling TV service, performs a method of generating index files for streaming a media file via a network comprising receiving, with the network, a request for a first index file.<br><br>For example, as shown in the image below, a Sling server receives a GET request (i.e., a request) for a first manifest file (i.e., a first index file) for "ABC News Live Reports" over the internet (i.e., with the network).<br><br><br><br>Source: Screenshot of Sling TV running on a Windows laptop. |

3

**Exhibit 8**
**United States Patent No. 8,327,013**
**Claim Chart for Infringement of U.S. Patent No. 8,327,013**

| U.S. PATENT NO. 8,327,013 | INFRINGEMENT BY SLING TV |
|---|---|
| [8.b] determining a first segment of media for streaming, the first segment of media comprising one of a plurality of separately-addressable segments of the media file, wherein: | DISH, through its Sling TV service, performs a method of generating index files for streaming a media file via a network comprising determining a first segment of media for streaming, the first segment of media comprising one of a plurality of separately-addressable segments of the media file.<br><br>For example, as shown in the pink box, Sling TV determines a segment of "ABC News Live Reports" to play (i.e., a first segment of media for streaming), comprising one of the segments in the manifest (i.e., one of a plurality of separately-addressable segments of the media file). As shown below in the green box, the video manifest for "ABC News Live Reports" comprises multiple m4s files (i.e., a plurality) representing the separately-addressable segments of the media file.<br><br><br>Source: Screenshot of Sling TV running on a Windows laptop. |

**Exhibit 8**
**United States Patent No. 8,327,013**
**Claim Chart for Infringement of U.S. Patent No. 8,327,013**

| U.S. PATENT NO. 8,327,013 | INFRINGEMENT BY SLING TV |
|---|---|
| [8.b.1] the determination includes determining whether to include media, other than the media file, in the first segment of media for streaming; | DISH, through its Sling TV service, performs a method of generating index files for streaming a media file via a network comprising determining a first segment of media for streaming, the first segment of media comprising one of a plurality of separately-addressable segments of the media file, wherein the determination includes determining whether to include media, other than the media file, in the first segment of media for streaming.<br><br>For example, Sling TV determines whether to include at least one advertisement (i.e., media other than the media file) in the first segment of media for streaming. The at least one advertisement is evidenced by the "#EXT-X-DISCONTINUITY" as shown in the pink box. The URLs for the advertisement are different than the URLs for the "ABC News Live Reports" URLs, also shown in the orange boxes.<br><br> |

**Exhibit 8**
**United States Patent No. 8,327,013**
**Claim Chart for Infringement of U.S. Patent No. 8,327,013**

| U.S. PATENT NO. 8,327,013 | INFRINGEMENT BY SLING TV |
|---|---|
| | ```
#EXTINF:2.048,
http://p-cdn4-806-cg14-linear-cbd46b77.movetv.com/15806/live/ABCNEWSLIVE/8ba6eb6a29bf11f1914ddfc34a8244ba/video/vid06/00004EA0.m4s
#EXTINF:2.048,
http://p-cdn4-806-cg14-linear-cbd46b77.movetv.com/15806/live/ABCNEWSLIVE/8ba6eb6a29bf11f1914ddfc34a8244ba/video/vid06/00004EA1.m4s
#EXTINF:0.512,
http://p-cdn4-806-cg14-linear-cbd46b77.movetv.com/15806/live/ABCNEWSLIVE/8ba6eb6a29bf11f1914ddfc34a8244ba/video/vid06/00004EA2-1536.m4s
#EXT-X-DATERANGE:ID="CLIP-1774644650-1774645024-1",START-DATE="2026-03-27T20:57:04.927Z",DURATION=0,X-CLIP-EVENT="ClipComplete",X-CLIP-
#EXT-X-DISCONTINUITY
#EXT-X-KEY:METHOD=NONE
#EXT-X-MAP:URI="https://p-ae1-adapt-cdn.awsprodops.movetv.com/a3ce/MwNiYjZmZWQ0/MzM1YTU1Nw==/sling-cmaf-hls/ad-4init.cmfv"
#EXT-X-PROGRAM-DATE-TIME:2026-03-27T20:57:04.927Z
#EXT-X-DATERANGE:ID="AD-BREAK-1774645024-8-DURATION",START-DATE="2026-03-27T20:57:04.927Z",DURATION=120.12,X-AD-TYPE="midroll",X-AD-COUN
#EXT-X-DATERANGE:ID="AD-1774645024-0",START-DATE="2026-03-27T20:57:04.927Z",DURATION=15.015,X-AD-TRACKING-EVENT="AdStart",X-AD-BEACON-UR
#EXTINF:2.002,
https://p-ae1-adapt-cdn.awsprodops.movetv.com/a3ce/MwNiYjZmZWQ0/MzM1YTU1Nw==/sling-cmaf-hls/ad-4_000000001.cmfv
#EXT-X-DATERANGE:ID="AD-1774645024-1",START-DATE="2026-03-27T20:57:08.680Z",DURATION=15.015,X-AD-TRACKING-EVENT="AdQuartile1",X-AD-BEAC
#EXTINF:2.002,
https://p-ae1-adapt-cdn.awsprodops.movetv.com/a3ce/MwNiYjZmZWQ0/MzM1YTU1Nw==/sling-cmaf-hls/ad-4_000000002.cmfv
#EXTINF:2.002,
https://p-ae1-adapt-cdn.awsprodops.movetv.com/a3ce/MwNiYjZmZWQ0/MzM1YTU1Nw==/sling-cmaf-hls/ad-4_000000003.cmfv
``` |
| | Source: Screenshots of Sling TV running on a Windows laptop. |

6

**Exhibit 8**
**United States Patent No. 8,327,013**
**Claim Chart for Infringement of U.S. Patent No. 8,327,013**

| U.S. PATENT NO. 8,327,013 | INFRINGEMENT BY SLING TV |
|---|---|
| [8.b.2] the determination further includes determining a starting point and an ending point of the first segment of media for streaming; | DISH, through its Sling TV service, performs a method of generating index files for streaming a media file via a network comprising determining a first segment of media for streaming, the first segment of media comprising one of a plurality of separately-addressable segments of the media file, wherein the determination (*see* [8.b.1]) further includes determining a starting point and an ending point of the first segment of media for streaming.<br><br>For example, Sling TV creates a manifest that presents the segments sequentially and provides information about the duration of each segment. As shown below, for example, Sling TV determines that the first segment, shown by the pink box, has a starting point immediately after the previous segment and an ending point 2.002 seconds later, shown by the blue box.<br><br><br><br>Source: Screenshot of Sling TV running on a Windows laptop. |

7

**Exhibit 8**
**United States Patent No. 8,327,013**
**Claim Chart for Infringement of U.S. Patent No. 8,327,013**

| U.S. PATENT NO. 8,327,013 | INFRINGEMENT BY SLING TV |
|---|---|
| [8.c] generating the requested first index file based, at least in part, on the determination of the first segment of media for streaming; | DISH, through its Sling TV service, performs a method of generating index files for streaming a media file via a network comprising generating the requested first index file based, at least in part, on the determination of the first segment of media for streaming.<br><br>For example, as shown by the blue box, Sling TV generates a requested manifest file during playback (i.e., the requested first index file) based at least in part on determining the segment of "ABC News Live Reports" to stream (i.e., the first segment of media), indicated by the red box.<br><br><br>Source: Screenshot of Sling TV running on a Windows laptop. |

8

**Exhibit 8**
**United States Patent No. 8,327,013**
**Claim Chart for Infringement of U.S. Patent No. 8,327,013**

| U.S. PATENT NO. 8,327,013 | INFRINGEMENT BY SLING TV |
|---|---|
| [8.d] providing, with the network, the requested first index file; | DISH, through its Sling TV service, performs a method of generating index files for streaming a media file via a network comprising providing, with the network, the requested first index file.<br><br>For example, as shown below, Sling TV provides the requested manifest file (i.e., the requested first index file) via the internet (i.e., the network) in response to the GET request from playing "ABC News Live Reports"; the heading "Status Code: 200 OK" indicates that the server successfully returned the requested manifest, as shown in the pink box.<br><br><br><br>Source: Screenshot of Sling TV running on a Windows laptop. |

9

**Exhibit 8**
**United States Patent No. 8,327,013**
**Claim Chart for Infringement of U.S. Patent No. 8,327,013**

| U.S. PATENT NO. 8,327,013 | INFRINGEMENT BY SLING TV |
|---|---|
| [8.e] receiving, with the network, a request for a second index file for use in streaming the media file; | DISH, through its Sling TV service, performs a method of generating index files for streaming a media file via a network comprising receiving, with the network, a request for a second index file for use in streaming the media file.<br><br>For example, a Sling TV server receives another GET request (i.e., a request) for a second manifest file (i.e., a second index file) during playback of "ABC News Live Reports" (i.e., for use in streaming the media file), as shown below.<br><br><br><br>Source: Screenshot of Sling TV running on a Windows laptop. |

10

**Exhibit 8**
**United States Patent No. 8,327,013**
**Claim Chart for Infringement of U.S. Patent No. 8,327,013**

| U.S. PATENT NO. 8,327,013 | INFRINGEMENT BY SLING TV |
|---|---|
| [8.f] determining a second segment of media for streaming, the second segment of media comprising one of the plurality of separately-addressable segments of the media file wherein: | DISH, through its Sling TV service, performs a method of generating index files for streaming a media file via a network comprising determining a second segment of media for streaming, the second segment of media comprising one of the plurality of separately-addressable segments of the media file.<br><br>For example, as shown in the pink box, Sling TV determines a segment of "ABC News Live Reports" to play (i.e., a second segment of media for streaming), comprising one of the segments in the manifest (i.e., one of a plurality of separately-addressable segments of the media file). As shown below in the green box, the video manifest for "ABC News Live Reports" comprises multiple m4s files (i.e., a plurality) representing the separately-addressable segments of the media file.<br><br><br>Source: Screenshot of Sling TV running on a Windows laptop. |

11

**Exhibit 8**
**United States Patent No. 8,327,013**
**Claim Chart for Infringement of U.S. Patent No. 8,327,013**

| U.S. PATENT NO. 8,327,013 | INFRINGEMENT BY SLING TV |
|---|---|
| [8.f.1] the determination includes determining whether to include media, other than the media file, in the second segment of media for streaming; | DISH, through its Sling TV service, performs a method of generating index files for streaming a media file via a network comprising the determination includes determining whether to include media, other than the media file, in the second segment of media for streaming.<br><br>For example, Sling TV determines whether to include at least one advertisement (i.e., media other than the media file) in the second segment of media for streaming. The at least one advertisement is evidenced by the "#EXT-X-DISCONTINUITY" as shown in the pink box. The URLs for the advertisement are different than the URLs for the "ABC News Live Reports" URLs, also shown in the orange boxes.<br><br> |

12

**Exhibit 8**
**United States Patent No. 8,327,013**
**Claim Chart for Infringement of U.S. Patent No. 8,327,013**

| U.S. PATENT NO. 8,327,013 | INFRINGEMENT BY SLING TV |
|---|---|
| | |
| | Source: Screenshots of Sling TV running on a Windows laptop. |

13

**Exhibit 8**
**United States Patent No. 8,327,013**
Claim Chart for Infringement of U.S. Patent No. 8,327,013

| U.S. PATENT NO. 8,327,013 | INFRINGEMENT BY SLING TV |
|---|---|
| [8.f.2] the determination further includes determining a starting point and an ending point of the second segment of media for streaming; | DISH, through its Sling TV service, performs a method of generating index files for streaming a media file via a network comprising the determination further includes determining a starting point and an ending point of the second segment of media for streaming.<br><br>For example, Sling TV determines that the second segment begins to play (i.e., a starting point . . . for streaming) as soon as the previous segment has concluded, and that the second segment stops streaming (i.e., an ending point . . . for streaming) after the duration indicated in the manifest. As shown below, for example, Sling TV determines that the second segment, shown by the pink box, has a starting point immediately after the previous segment and an ending point 2.002 seconds later, shown by the blue box.<br><br><br><br>Source: Screenshot of Sling TV running on a Windows laptop. |

14

**Exhibit 8**
**United States Patent No. 8,327,013**
**Claim Chart for Infringement of U.S. Patent No. 8,327,013**

| U.S. PATENT NO. 8,327,013 | INFRINGEMENT BY SLING TV |
|---|---|
| [8.g] generating the requested second index file based, at least in part, on the determination of the second segment of media for streaming; and | DISH, through its Sling TV service, performs a method of generating index files for streaming a media file via a network comprising generating the requested second index file based, at least in part, on the determination of the second segment of media for streaming.<br><br>For example, as shown by the blue box, Sling TV generates a requested manifest file during playback (i.e., the requested second index file) based at least in part on determining the segment of "ABC News Live Reports" to stream (i.e., the second segment of media), indicated by the red box.<br><br><br><br>Source: Screenshot of Sling TV running on a Windows laptop. |

15

**Exhibit 8**
**United States Patent No. 8,327,013**
**Claim Chart for Infringement of U.S. Patent No. 8,327,013**

| U.S. PATENT NO. 8,327,013 | INFRINGEMENT BY SLING TV |
|---|---|
| [8.h] providing, with the network, the requested second index file; | DISH, through its Sling TV service, performs a method of generating index files for streaming a media file via a network comprising providing, with the network, the requested second index file.<br><br>For example, as shown below, Sling TV provides the requested manifest file (i.e., the requested second index file) via the internet (i.e., the network) in response to the GET request from playing "ABC News Live Reports"; the heading "Status Code: 200 OK" indicates that the server successfully returned the requested manifest, as shown in the pink box.<br><br><br>Source: Screenshot of Sling TV running on a Windows laptop. |

16

**Exhibit 8**
**United States Patent No. 8,327,013**
**Claim Chart for Infringement of U.S. Patent No. 8,327,013**

| U.S. PATENT NO. 8,327,013 | INFRINGEMENT BY SLING TV |
|---|---|
| [8.i] wherein receiving the requests for the first and second index files and providing the requested first and second index files occur during playback of the media file by a device communicatively linked to the network. | DISH, through its Sling TV service, performs a method of generating index files for streaming a media file via a network, wherein receiving the requests for the first and second index files and providing the requested first and second index files occur during playback of the media file by a device communicatively linked to the network.<br><br>For example, as shown in the image below, Sling TV receives and provides manifest files (i.e., the first and second index files) as time progresses when streaming "ABC News Live Reports" (i.e., the media file) from an internet-connected laptop (i.e., a device communicatively linked to the network). A requested and provided first index file occurring during playback is indicated, for example, by the pink box, and a requested and provided second index file occurring during playback is indicated, for example, by the blue box.<br><br><br><br>Source: Screenshot of Sling TV running on a Windows laptop. |

17