# Exhibit 9

**Exhibit 9**
**United States Patent No. 9,369,758**
**Claim Chart for Infringement of U.S. Patent No. 9,369,758**

As demonstrated in the chart below, DISH infringes at least claim 11 of U.S. Patent No. 9,369,758 (the "'758 Patent"). For example, DISH infringes by performing the method of overlaying a message on media content according to the method of claim 11 for its DISH TV (Hopper Platform).

No part of this exemplary chart construes, or is intended to construe, the specification, file history, or claims of the '758 Patent. Moreover, this exemplary chart does not limit, and is not intended to limit, Adeia's infringement positions or contentions.

Adeia contends each of the following limitations is met literally, and, to the extent a limitation is not met literally, it is met under the doctrine of equivalents.[1]

---

[1] This claim chart is based on the information currently available to Adeia and is intended to be exemplary in nature. Adeia reserves all rights to update and elaborate its infringement positions, including as Adeia obtains additional information during discovery.

**Exhibit 9**
**United States Patent No. 9,369,758**
**Claim Chart for Infringement of U.S. Patent No. 9,369,758**

| U.S. PATENT NO. 9,369,758 | INFRINGEMENT BY DISH TV (HOPPER PLATFORM) |
|---|---|
| 11[p] A method comprising: | DISH performs the method comprising limitations [11.a]-[11.e] as set forth below. |
| [11.a] receiving media content from a media source; | DISH performs a method comprising receiving media content from a media source.<br><br>For example, DISH TV (Hopper Platform) receives live, recorded, or on-demand DISH content (e.g., media content) as shown below.<br><br><br><br>Source: https://web.archive.org/web/20240604022554/https://about.dish.com/2019-12-20-DISH-introduces-Google-Nest-Hello-to-the-Hopper-platform; *see also*, https://www.cepro.com/news/dish-updating-google-nest-integration/34433/. |

2

**Exhibit 9**
**United States Patent No. 9,369,758**
**Claim Chart for Infringement of U.S. Patent No. 9,369,758**

| U.S. PATENT NO. 9,369,758 | INFRINGEMENT BY DISH TV (HOPPER PLATFORM) |
|---|---|
| [11.b] loading one or more uncompressed high-definition frames of the media content into a frame buffer; | DISH performs a method comprising loading one or more uncompressed high-definition frames of the media content into a frame buffer.<br><br>For example, the DISH TV (Hopper Platform) decodes video and loads uncompressed high-definition frames of media content into a frame buffer, using its main system-on-chip (SOC) as described below. The application processor used in the DISH Hopper set-top-box loads content into the SoC's on-board buffers or frame buffers located in the DISH Hopper. Further, DISH's chips allocate memory to store high-definition frames of media content. The decoded frames may be at least 4K resolution. For example, as shown below, DISH Hopper decodes media content received from a DISH server to generate uncompressed high-definition frames and stores those frames in memory used to render video for display (e.g., frame buffers).<br><br><br><br>Source: (Top) https://www.dish.com/dish-newsroom/posts/pressreleases/dish-releases-hopper-3-to-customers-nationwid; (Bottom) https://web.archive.org/web/20240604022554/https://about.dish.com/2019-12-20-DISH-introduces-Google-Nest-Hello-to-the-Hopper-platform. |

3

**Exhibit 9**
**United States Patent No. 9,369,758**
**Claim Chart for Infringement of U.S. Patent No. 9,369,758**

| U.S. PATENT NO. 9,369,758 | INFRINGEMENT BY DISH TV (HOPPER PLATFORM) |
|---|---|
| [11.c] receiving, from a remote source and concurrently with receiving the media content, a message; | DISH performs a method comprising receiving, from a remote source and concurrently with receiving the media content, a message.<br><br>For example, the DISH TV (Hopper Platform) receives, from a remote source and concurrently with receiving the media content, a message. As demonstrated in the screenshot below, the DISH Hopper pairs with a user's Google Nest account and Google Nest Hello to receive notifications on a display connected to the DISH Hopper set-top box. For example, while receiving DISH media content shown below, DISH Hopper receives a notification about activity at the Google Nest Hello (i.e., a message), over the internet, provided by a user's paired Google Nest Hello (i.e., a remote source).<br><br>After pairing their Google Nest account with their DISH Hopper or Wally receiver, customers will receive on-screen notifications, including an image, when their Nest Hello has been pressed.<br><br>***<br><br><br><br>Source: https://web.archive.org/web/20240604022554/https://about.dish.com/2019-12-20-DISH-introduces-Google-Nest-Hello-to-the-Hopper-platform. |

4

**Exhibit 9**
**United States Patent No. 9,369,758**
**Claim Chart for Infringement of U.S. Patent No. 9,369,758**

| U.S. PATENT NO. 9,369,758 | INFRINGEMENT BY DISH TV (HOPPER PLATFORM) |
|---|---|
| | ## Get the most out of your DISH experience!<br><br>**Set up Smart Home integrations with your Hopper:**<br><br>• A Google Nest Hello Doorbell displays the person at the door directly on your TV screen*.<br>• Google Nest Cam IQ Outdoor Pro cameras display live video feed viewable from the comfort of your couch.<br>• Through our DISH Voice Remote, you can control the Hopper, Joeys *and* your Smart Home devices connected via Google.<br><br>dish \| Hey Google<br><br>*Requires an internet-connected Hopper or Joey.<br><br>Source: https://my.dish.com/ontech.<br><br><br><br>## Seeing who's at the door has never been so convenient<br><br>With DISH, you can view your Google Nest video doorbell through your TV – which means you can see who's there without ever pausing your show.<br><br>Source: https://www.dish.com/features. |

5

**Exhibit 9**
**United States Patent No. 9,369,758**
**Claim Chart for Infringement of U.S. Patent No. 9,369,758**

| U.S. PATENT NO. 9,369,758 | INFRINGEMENT BY DISH TV (HOPPER PLATFORM) |
|---|---|
| [11.d] writing information associated with the message into the frame buffer to overlay at least a portion of the one or more uncompressed high-definition frames loaded into the frame buffer; | DISH performs a method comprising writing information associated with the message into the frame buffer to overlay at least a portion of the one or more uncompressed high-definition frames loaded into the frame buffer.<br><br>For example, as shown below, DISH TV (Hopper Platform) decodes media content to generate high-definition frames and loads those frames into memory used to render the video for display (e.g., frame buffers). Upon information and belief, information associated with the message is written into that memory, including into the frame buffer, to be overlaid onto the displayed high-definition content.<br><br><br><br>Source: https://web.archive.org/web/20240604022554/https://about.dish.com/2019-12-20-DISH-introduces-Google-Nest-Hello-to-the-Hopper-platform. |

**Exhibit 9**
**United States Patent No. 9,369,758**
**Claim Chart for Infringement of U.S. Patent No. 9,369,758**

| U.S. PATENT NO. 9,369,758 | INFRINGEMENT BY DISH TV (HOPPER PLATFORM) |
|---|---|
| [11.e] sending the media content to a display device for display of the media content with the information associated with the message overlaying the media content. | DISH performs a method comprising sending the media content to a display device for display of the media content with the information associated with the message overlaying the media content. <br><br> For example, as shown below, the DISH TV (Hopper Platform) sends the media content to a display device for display with an overlay displaying the image provided from the paired Google Nest (i.e., the information associated with the message). <br><br>  <br><br> Source: https://web.archive.org/web/20240604022554/https://about.dish.com/2019-12-20-DISH-introduces-Google-Nest-Hello-to-the-Hopper-platform. |

7