# Exhibit 10

**Exhibit 10**
**United States Patent No. 9,661,049**
**Claim Chart for Infringement of U.S. Patent No. 9,661,049**

As demonstrated in the chart below, DISH infringes at least claim 15 of U.S. Patent No. 9,661,049 (the "'049 Patent"). For example, DISH makes, uses, sells, offers to sell, and/or imports systems for providing an interspersed manifest file specification for an adaptive streaming video according to the limitations of claim 15, for example, for its Sling TV service.

No part of this exemplary chart construes, or is intended to construe, the specification, file history, or claims of the '049 Patent. Moreover, this exemplary chart does not limit, and is not intended to limit, Adeia's infringement positions or contentions.

Adeia contends each of the following limitations is met literally, and, to the extent a limitation is not met literally, it is met under the doctrine of equivalents.[1]

---

[1] This claim chart is based on the information currently available to Adeia and is intended to be exemplary in nature. Adeia reserves all rights to update and elaborate its infringement positions, including as Adeia obtains additional information during discovery.

**Ex. 10, p. 1**

**Exhibit 10**
**United States Patent No. 9,661,049**
**Claim Chart for Infringement of U.S. Patent No. 9,661,049**

| U.S. PATENT NO. 9,661,049 | INFRINGEMENT BY SLING TV |
|---|---|
| [15pre] A system for providing an interspersed manifest file specification for an adaptive streaming video, the system comprising: | DISH, through its Sling TV service, implements a system for providing an interspersed manifest file specification for an adaptive streaming video.[2]<br><br>For example, DISH, through its Sling TV service, implements an online streaming platform, where users can stream live television programs via the internet.<br><br><br><br>Source: https://www.sling.com/ |

---

[2] On information and belief, the below mapping to Sling TV is exemplary of the patented functionality in the DISH TV (Hopper Platform). *See* https://dish.com/dish-newsroom/posts/pressreleases/dish-media-brings-linear-tv-to-the-digital-ad.

2

Exhibit 10
United States Patent No. 9,661,049
<u>Claim Chart for Infringement of U.S. Patent No. 9,661,049</u>

| U.S. PATENT NO. 9,661,049 | INFRINGEMENT BY SLING TV |
|---|---|
| | Sling TV transmits an interspersed manifest file to a requesting user device. As will be explained further below, Sling TV implements a system for "providing an interspersed manifest file specification for an adaptive streaming video." <br><br> <br><br> Source: Screenshot from the Network tab from Chrome Dev Tools during live streaming on Sling TV. |

**Exhibit 10**
**United States Patent No. 9,661,049**
**Claim Chart for Infringement of U.S. Patent No. 9,661,049**

| U.S. PATENT NO. 9,661,049 | INFRINGEMENT BY SLING TV |
|---|---|
| [15.a] a processing unit including one or more processors; | The system implemented by DISH comprises a processing unit including one or more processors.<br><br>For example, as shown in the screenshot below, "p-streamauth.movetv.com" transmits a JSON file that contains data relating to the interspersed manifest file.<br><br><br><br>Source: Screenshot from the Network tab from Chrome Dev Tools during live streaming on Sling TV. |

Ex. 10, p. 4

**Exhibit 10**
**United States Patent No. 9,661,049**
**Claim Chart for Infringement of U.S. Patent No. 9,661,049**

| U.S. PATENT NO. 9,661,049 | INFRINGEMENT BY SLING TV |
|---|---|
| | Furthermore, by utilizing a DNS reverse lookup tool, it shows that "p-streamauth.movetv.com" is hosted by "aws-dt-slg-dynaapps-prod". <br><br> <br><br> Source: https://www.nslookup.io/ |

**Exhibit 10**
**United States Patent No. 9,661,049**
**Claim Chart for Infringement of U.S. Patent No. 9,661,049**

| U.S. PATENT NO. 9,661,049 | INFRINGEMENT BY SLING TV |
|---|---|
|  | As explained by Amazon Web Services ("AWS"), AWS provides cloud computing capabilities "such as computing power, storage, and databases." Furthermore, the capabilities are provided via cloud instance types "with the latest processors." <br><br> **What is cloud computing?** <br><br> Cloud computing is the on-demand delivery of IT resources over the Internet with pay-as-you-go pricing. Instead of buying, owning, and maintaining physical data centers and servers, you can access technology services, such as computing power, storage, and databases, on an as-needed basis from a cloud provider like Amazon Web Services (AWS). <br><br> **Resizable compute capacity** <br><br> Access and configure compute capacity as a fully managed cloud service for any type of workload. From Intel, AMD, and Arm processors to Amazon EC2 Mac Instances, and 400 Gbps Ethernet networking, AWS provides cutting-edge computer offerings for flexible use. Choose from hundreds of cloud instance types with the latest processors, operating systems, and purchase models to best match your workload needs. AWS cloud services allow you to quickly scale capacity up or down and pay only for what you use while maintaining complete control of your computing resources. <br><br> Learn more about compute on AWS <br><br> Source: https://aws.amazon.com/what-is-cloud-computing/ |

**Exhibit 10**
**United States Patent No. 9,661,049**
**Claim Chart for Infringement of U.S. Patent No. 9,661,049**

| U.S. PATENT NO. 9,661,049 | INFRINGEMENT BY SLING TV |
|---|---|
| [15.b] memory coupled with and readable by the processing unit and storing therein a set of instructions, wherein the execution of the one or more sets of instructions by the one or more processing units, causes the system to: | The system implemented by DISH comprises a memory coupled with and readable by the processing unit and storing therein a set of instructions.<br><br>For example, as explained above, Sling TV relies on AWS's cloud computing, specifically cloud instances, to serve manifest files.<br><br>**What is cloud computing?**<br>Cloud computing is the on-demand delivery of IT resources over the Internet with pay-as-you-go pricing. Instead of buying, owning, and maintaining physical data centers and servers, you can access technology services, such as computing power, storage, and databases, on an as-needed basis from a cloud provider like Amazon Web Services (AWS).<br><br>**Resizable compute capacity**<br>Access and configure compute capacity as a fully managed cloud service for any type of workload. From Intel, AMD, and Arm processors to Amazon EC2 Mac Instances, and 400 Gbps Ethernet networking, AWS provides cutting-edge computer offerings for flexible use. Choose from hundreds of cloud instance types with the latest processors, operating systems, and purchase models to best match your workload needs. AWS cloud services allow you to quickly scale capacity up or down and pay only for what you use while maintaining complete control of your computing resources.<br><br>Learn more about compute on AWS<br><br>Source: https://aws.amazon.com/what-is-cloud-computing/ |

7

Ex. 10, p. 7

**Exhibit 10**
**United States Patent No. 9,661,049**
**Claim Chart for Infringement of U.S. Patent No. 9,661,049**

| U.S. PATENT NO. 9,661,049 | INFRINGEMENT BY SLING TV |
|---|---|
|  | AWS cloud instances further include memory. As will be explained below, the memory stores "a set of instructions, wherein the execution of the one or more sets of instructions by the one or more processing units, causes the system to" perform the infringing steps.<br><br>**Why are cloud instances important?**<br><br>A cloud instance allows software developers to scale beyond traditional physical boundaries. Unlike physical servers, developers don't need to worry about the underlying hardware when deploying workloads on a cloud instance. There are two main benefits of cloud instances.<br><br>**Scalability**<br><br>Developers scale computing resources in a cloud instance according to their workload requirements. For example, software developers deploy an application on an instance. As the app gains more users, it experiences huge traffic that slows down response time. Developers can horizontally scale cloud resources by increasing the CPU, memory, storage, and network resources to the particular instance.<br><br>**Fault tolerance**<br><br>Organizations create redundancy by using multiple duplicate instances for backup. They are especially useful for managing memory-intensive workloads like data processing. For example, an application can still run on other instances in the US and Asia if a cloud instance hosted in Europe fails.<br><br>Source: https://docs.aws.amazon.com/prescriptive-guidance/latest/optimize-costs-microsoft-workloads/net-graviton.html |

Exhibit 10
United States Patent No. 9,661,049
Claim Chart for Infringement of U.S. Patent No. 9,661,049

| U.S. PATENT NO. 9,661,049 | INFRINGEMENT BY SLING TV |
|---|---|
| [15.c] receive, from a requesting device, a request for data relating to an interspersed manifest file to be created for an adaptive streaming video, wherein the adaptive streaming video is encoded at a plurality of reference bitrates, and wherein a plurality of video segment files corresponding to the adaptive streaming video is stored for each of the plurality of reference bitrates; | The system implemented by DISH performs the step of "receive, from a requesting device, a request for data relating to an interspersed manifest file to be created for an adaptive streaming video, wherein the adaptive streaming video is encoded at a plurality of reference bitrates, and wherein a plurality of video segment files corresponding to the adaptive streaming video is stored for each of the plurality of reference bitrates."<br><br>For example, as explained above, "p-streamauth.movetv.com" receives a request for data relating to an interspersed manifest file to be created for an adaptive streaming video on the Sling TV platform.<br><br><br><br>Source: Screenshot from the Network tab from Chrome Dev Tools during live streaming on Sling TV. |

**Exhibit 10**
**United States Patent No. 9,661,049**
**Claim Chart for Infringement of U.S. Patent No. 9,661,049**

| U.S. PATENT NO. 9,661,049 | INFRINGEMENT BY SLING TV |
|---|---|
| | In response, "p-streamauth.movetv.com" transmits a JSON file that contains data relating to the interspersed manifest file, including "playback_info", URL to "schedule.qvt" playlist files, as well as URLs that can be used to retrieve the interspersed manifest file.<br><br><br><br>Source: Screenshot from the Network tab from Chrome Dev Tools during live streaming on Sling TV. |

**Exhibit 10**
**United States Patent No. 9,661,049**
**Claim Chart for Infringement of U.S. Patent No. 9,661,049**

| U.S. PATENT NO. 9,661,049 | INFRINGEMENT BY SLING TV |
|---|---|
| | By using the "ssai_manifest" URL included in the "auth" JSON file, a master manifest file, "master.m3u8," can be retrieved.<br><br><br><br>Source: Screenshot from the Network tab from Chrome Dev Tools during live streaming on Sling TV. |

**Exhibit 10**
**United States Patent No. 9,661,049**
**Claim Chart for Infringement of U.S. Patent No. 9,661,049**

| U.S. PATENT NO. 9,661,049 | INFRINGEMENT BY SLING TV |
|---|---|
| | As shown in the screenshot below, the master manifest file includes URLs that indicate multiple variant streams, each corresponding to a reference bitrate ("the adaptive streaming video is encoded at a plurality of reference bitrates").<br><br><br><br>Source: Screenshot from the Network tab from Chrome Dev Tools during live streaming on Sling TV. |

**Exhibit 10**
**United States Patent No. 9,661,049**
<u>**Claim Chart for Infringement of U.S. Patent No. 9,661,049**</u>

| U.S. PATENT NO. 9,661,049 | INFRINGEMENT BY SLING TV |
|---|---|
|  | Furthermore, as shown in the screenshot below, each variant manifest file corresponding to a particular reference bitrate contains a plurality of video segment files ("wherein a plurality of video segment files corresponding to the adaptive streaming video is stored for each of the plurality of reference bitrates").<br><br>Source: Screenshot from the Network tab from Chrome Dev Tools during live streaming on Sling TV. |

13

**Exhibit 10**
**United States Patent No. 9,661,049**
**Claim Chart for Infringement of U.S. Patent No. 9,661,049**

| U.S. PATENT NO. 9,661,049 | INFRINGEMENT BY SLING TV |
|---|---|
| [15.d] determine a second domain configured to serve a second subset of video segment files corresponding to a second subset of URLs, wherein the interspersed manifest file to be created includes a first subset of URLs hosted by a first domain which are interspersed among the second subset of URLs hosted by the second domain; and | The system implemented by DISH performs the step of "determin[ing] a second domain configured to serve a second subset of video segment files corresponding to a second subset of URLs, wherein the interspersed manifest file to be created includes a first subset of URLs hosted by a first domain which are interspersed among the second subset of URLs hosted by the second domain."<br><br>For example, as explained above, "p-streamauth.movetv.com" receives a request for data relating to an interspersed manifest file to be created for an adaptive streaming video on the Sling TV platform.<br><br><br><br>Source: Screenshot from the Network tab from Chrome Dev Tools during live streaming on Sling TV. |

**Exhibit 10**
**United States Patent No. 9,661,049**
**Claim Chart for Infringement of U.S. Patent No. 9,661,049**

| U.S. PATENT NO. 9,661,049 | INFRINGEMENT BY SLING TV |
|---|---|
| | In response to the request, "p-streamauth.movetv.com" determines a second domain configured to serve a second subset of video segment files in addition to a first domain.<br><br>As shown in the screenshot below, the "playback_info" segment in the "auth" JSON file transmitted by "p-streamauth.movetv.com" further comprises "ads_service_url", whose domain is "p-adapt.movetv.com."<br><br><br><br>Source: Screenshot from the Network tab from Chrome Dev Tools during live streaming on Sling TV. |

**Exhibit 10**
**United States Patent No. 9,661,049**
**Claim Chart for Infringement of U.S. Patent No. 9,661,049**

| U.S. PATENT NO. 9,661,049 | INFRINGEMENT BY SLING TV |
|---|---|
| | As shown in the screenshot below, two sets of URLs are present and interspersed in the generated manifest file, where one is hosted by a first domain, and the other is hosted by a second domain. Specifically, the first set of URLs indicates "p-cdn4-807-cg14-linear-cbd46b77.movetv.com", and the second set indicates "p-aw2-adapt-cdn.awsprodops.movetv.com," which is hosted by the domain ("p-adapt.movetv.com") identified in "ads_service_url". <br><br>  <br><br> Source: Screenshot from the Network tab from Chrome Dev Tools during live streaming on Sling TV. |

**Exhibit 10**
**United States Patent No. 9,661,049**
**Claim Chart for Infringement of U.S. Patent No. 9,661,049**

| U.S. PATENT NO. 9,661,049 | INFRINGEMENT BY SLING TV |
|---|---|
| | The interspersed manifest file "includes a first subset of URLs hosted by a first domain which are interspersed among the second subset of URLs hosted by the second domain."<br><br>As explained above, the first set of URLs indicates "p-cdn4-807-cg14-linear-cbd46b77.movetv.com".<br><br><br><br>Source: Screenshot from the Network tab from Chrome Dev Tools during live streaming on Sling TV. |

17

**Exhibit 10**
**United States Patent No. 9,661,049**
**Claim Chart for Infringement of U.S. Patent No. 9,661,049**

| U.S. PATENT NO. 9,661,049 | INFRINGEMENT BY SLING TV |
|---|---|
| | By utilizing a DNS reverse lookup tool, "p-cdn4-807-cg14-linear-cbd46b77.movetv.com" is hosted by "fastly.net". Therefore, the first subset of URLs is hosted by Fastly. <br><br>  <br><br> Source: https://www.nslookup.io/domains/p-cdn4-807-cg14-linear-cbd46b77.movetv.com/dns-records/ <br> The first domain, Fastly, is a Content Distribution Network that comprises a plurality of servers distributed across multiple locations. |

**Exhibit 10**
**United States Patent No. 9,661,049**
**Claim Chart for Infringement of U.S. Patent No. 9,661,049**

| U.S. PATENT NO. 9,661,049 | INFRINGEMENT BY SLING TV |
|---|---|
| |  Source: https://www.fastly.com/network-map |

**Exhibit 10**
**United States Patent No. 9,661,049**
**Claim Chart for Infringement of U.S. Patent No. 9,661,049**

| U.S. PATENT NO. 9,661,049 | INFRINGEMENT BY SLING TV |
|---|---|
| | One of the request headers in a request to retrieve a segment using a URL included in the second subset of URLs ("p-aw2-adapt.cdn.awsprodops.movetv.com") indicates that the segment is retrieved from Amazon's CloudFront.<br><br><br><br>Source: Screenshot from the Network tab from Chrome Dev Tools during live streaming on Sling TV. |

20

**Exhibit 10**
**United States Patent No. 9,661,049**
**Claim Chart for Infringement of U.S. Patent No. 9,661,049**

| U.S. PATENT NO. 9,661,049 | INFRINGEMENT BY SLING TV |
|---|---|
| | By utilizing a DNS reverse lookup tool, "p-aw2-adapt-cdn.awsprodops.movetv.com" is hosted by "amazon.com Inc." Therefore, the second subset of URLs is hosted by CloudFront.<br><br><br><br>Source: https://www.nslookup.io/ (last accessed March 19, 2026). |

**Exhibit 10**
**United States Patent No. 9,661,049**
<u>**Claim Chart for Infringement of U.S. Patent No. 9,661,049**</u>

| U.S. PATENT NO. 9,661,049 | INFRINGEMENT BY SLING TV |
|---|---|
| | CloudFront is likewise a Content Distribution Network, which has "750+ POPs in 100+ cities across 50+ countries" as well as "1,140+ embedded POPs across 300+ cities". <br><br> <br><br> Source: https://aws.amazon.com/cloudfront/features/ |

**Exhibit 10**
**United States Patent No. 9,661,049**
**Claim Chart for Infringement of U.S. Patent No. 9,661,049**

| U.S. PATENT NO. 9,661,049 | INFRINGEMENT BY SLING TV |
|---|---|
| [15.e] transmit, to the requesting device in response to the request, data identifying the second domain configured to serve the second subset of video segment files. | The system implemented by DISH performs the step of "transmit[ting], to the requesting device in response to the request, data identifying the second domain configured to serve the second subset of video segment files." For example, as shown in the screenshot below, in response to the request, "p-streamauth.movetv.com" subsequently transmits data relating to an interspersed manifest file to be created for an adaptive streaming video, including information identifying the second domain configured to serve the second subset of video segment files on the Sling TV platform.<br><br><br><br>Source: Screenshot from the Network tab from Chrome Dev Tools during live streaming on Sling TV. |